## SCARTOZZA v. STATE.
### No. 23668.

Court of Criminal Appeals of Texas.
May 28, 1947.

## SCARTOZZA v. STATE.
### No. 23669.

Court of Criminal Appeals of Texas.
May 28, 1947.

No appearance for appellant.

A. C. Winborn, Criminal Dist. Atty., and E. T. Branch, Asst. Dist. Atty., both of Houston, and Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is bookmaking. The penalty assessed is confinement in the county jail for 10 days and a fine of $100.

The indictment and all other matters of procedure appear to be regular. The record is before this court without a statement of facts or bills of exception, in the absence of which no question has been presented for review.

The judgment of the trial court is affirmed.

The judgment of the trial court is affirmed.